### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### SENIOR JUDGE JOHN L. KANE

Courtroom Deputy: Bernique Abiakam  
Court Reporter: Terri Lindblom  
Probation Officer: Andrea Bell

Date:  April 30, 2015

Criminal Action No.: 14-cr-00076-JLK-6

*Parties:*                                                              *Counsel:*

UNITED STATES OF AMERICA,                                Barbara S. Skalla

      Plaintiff,

v.

6.     STEVE DONALD VIGIL,                                       John S. Tatum

      Defendant.

---

### SENTENCING MINUTES

---

**2:16 p.m.**    **Court in session.**

Court calls case.  Appearances of counsel.  Defendant present in custody.

Preliminary remarks by the Court.

**ORDERED:**  Government's Motion Regarding U.S.S.G. Section 3E1.1(b) [Filed 4/29/15; Doc. No. 318] is **GRANTED**.

**ORDERED:**  Government's Motion To Restrict Document No. 321 (Filed 4/29/15; Doc. No. 319) is **GRANTED**.

**ORDERED:**  Government's RESTRICTED Motion (Filed 4/29/15; Doc. No. 321) is **GRANTED**.

**ORDERED:**  Defendant Steve Donald Vigil's Sentencing Statement And Motion For Non-Guideline Sentence (Filed 4/15/15; Doc. No. 312) is **GRANTED**.

*14-cr-00076-JLK-6*
*Sentencing*
*April 30, 2015*

## Change of Plea Hearing: November 18, 2014.

## Defendant plead guilty to Count Two of the Indictment.

Parties received and reviewed the presentence report.

Statement by Ms. Mickie Lewis, Program Director for BCPC.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

## THE DEFENDANT IS SENTENCED AS FOLLOWS:

### PROBATION:
Defendant is sentenced as to **Count Two** to probation for a term of **5 years.**

### Conditions of probation:
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

### Special conditions probation:
- (X) Defendant shall participate in a program of testing and treatment for substance abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (X) Defendant shall participate in a program of mental health treatment as directed by the probation officer until such time as defendant is released

*14-cr-00076-JLK-6*
*Sentencing*
*April 30, 2015*

|     |     |
| --- | --- |
|     | from the program by the probation officer.  Defendant shall pay the cost of the treatment as directed by the probation officer. |
| (X) | The Probation Officer is authorized to release to the treatment agency all psychological reports and/or presentence reports for continuity of treatment. |
| (X) | Defendant shall participate in an Anger Management Program as directed by the Probation Officer. |
| (X) | Defendant shall reside in a Community Corrections center for a period of up to 12 months days to commence upon his release from the Bureau of Prisons, and as soon as space is available, and shall observe the rules of that facility. |
| (X) | Defendant shall participate in the Breakthrough Career Pathways Program, at the direction of the Probation Officer. |
| (X) | Defendant shall not associate with or have contact with any gang members.  Defendant shall not participate in gang activity, to include displaying gang paraphernalia. |

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado for release.

**2:34 p.m.    Court in recess.**
Hearing concluded.
Total in-court time: 18 minutes**.**