IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 14-CR-00076-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVE DONALD VIGIL,

    Defendant.

---

## FINDINGS OF FACT, CONCLUSIONS OF LAW and REASONS FOR ORDER OF DETENTION

---

    This matter comes before the court on October 26, 2017 for preliminary hearing and detention hearing on the Petition to Revoke Supervision. The Defendant waived his right to a preliminary hearing. In addition, the court has considered the proffer by the defendant. Lastly, I have taken judicial notice of the court's file.

    I find that probable cause exists to believe that the defendant violated one or more conditions of his supervision based upon his waiver of preliminary hearing.

    Under Rule 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings. The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [defendant]." Here, I find that the defendant is not contesting detention.

    In making my findings of fact, I have taken judicial notice of the information set forth in the entire court file. I have also considered the proffers and arguments of counsel. Under these circumstances, I find that the defendant has not sustained his burden of establishing that he will not flee or pose a danger to the community. On the

record before the court, I find, by clear and convincing evidence, that no condition or combination of conditions of release will reasonably assure the appearance of the defendant and the safety of the community. Accordingly, I order the defendant detained without bond.

       Done this 26th of October 2017.

                BY THE COURT

                S/ Michael J. Watanabe
                _____

                Michael J. Watanabe
                U.S. Magistrate Judge